"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 2 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> Buen camino, Therese <br>     Defendant. | Case No.: SACR08-288-JVS-2 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _unverified backgrd info; foreign travel experience and ties to foreign country; her alleged conduct including absconding from supervision for a period of time, which evidences a lack of amenability_

1  _to supervision; lack of bail resources; outstanding_
2  _warrants/FTA's_
3  and/or
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on _criminal history records_
8       _commission of new offenses while under_
9       _supervision_

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: __12/28/11__

       ROBERT N. BLOCK
       UNITED STATES MAGISTRATE JUDGE